UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION



U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

SEP 2 0 2004

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE NO. 04-MG-6017-01 (W.D.LA.)<br>03-1074-MG (M.D.TN.) |
| VERSUS | MAGISTRATE JUDGE METHVIN |
| WALTER J. BONIN, JR. | |

## ORDER

On or about September 15, 2004, the undersigned received a Certificate of Competency and a Forensic Report from the United States Medical Center for Federal Prisoners in Springfield, Missouri, the facility in which defendant Walter J. Bonin, Jr. was hospitalized pursuant to this court's order dated March 1, 2004. Considering the foregoing, the following orders are entered:

**IT IS HEREBY ORDERED** that the Clerk of Court shall file the Certificate of Competency and the Forensic Report into the record under seal.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail copies of the Certificate of Competency and the Forensic Report to defense counsel and counsel for the government.

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. §§4241(e) and 4247(d), a hearing will be conducted by the undersigned on **October 4, 2004 at 2:00 p.m.** to determine the competency of the defendant.

2

**IT IS FURTHER ORDERED** that the Clerk shall FAX a copy of this order to all counsel of record.

Signed at Lafayette, Louisiana on September 20th, 2004.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140       FAX 593-5155

COPY SENT
DATE 9-20-04
BY CB
TO MEM
Via fax: Sheva Finley

Emb C:\wpdocs\crimfrmsmem\04MG6017ORDERHEARING.wpd