U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

NOV 2 2 2004

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-MG-6017-01 (W.D.LA.) <br> 04-0013 (M.D.TN.) |
| VERSUS | MAGISTRATE JUDGE METHVIN |
| WALTER J. BONIN, JR. | |

### MINUTE ENTRY

On November 16, 2004, the government filed a motion requesting written findings supporting the undersigned's conclusion, stated orally at the evidentiary hearing on October 13, 2004, that Bonin is incompetent to stand trial. The government states that it "is unable to appeal the decision [that defendant remains incompetent] until a request for finding (sic) has been issued."

The undersigned assured both parties at the conclusion of the evidentiary hearing that written findings would be entered, and gave counsel a deadline to submit the name of a local psychiatrist who could examine the defendant in connection with the issue of future dangerousness. Counsel filed a joint submission on October 25.

The government offers no claim of prejudice or emergency in support of its motion, and the grounds for the motion are therefore unclear. Counsel may rest assured that written findings will be issued, and that the time for appeal will not begin running until such findings are filed in the record. The current draft of findings is twenty-four pages long, and the matter remains under advisement.

Signed at Lafayette, Louisiana on November 19, 2004.

Mildred E. Methvin
United States Magistrate Judge

COPY SENT
DATE 11-22-04
BY CW
TO MEM